Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied for the reason that the Court, upon examination of the papers herein submitted, finds that the application for a writ of certiorari was not filed within the time provided by law. Section 8 (a), Act of February 13, 1925 (43 Stat. 936, 940). *Charles H. Knight, pro se.*

No. 126. ALEXANDER *v.* O'GRADY, WARDEN. October 21, 1940. Petition for writ of certiorari to the Supreme Court of Nebraska, and motion for leave to proceed further *in forma pauperis,* denied. *Earl Alexander, pro se. Messrs. Walter R. Johnson,* Attorney General of Nebraska, *H. Emerson Kokjer,* and *Charles F. Bongardt,* Assistant Attorneys General, for respondent.

No. 149. DAVIS *v.* O'GRADY, WARDEN. October 21, 1940. Petition for writ of certiorari to the Supreme Court of Nebraska, and motion for leave to proceed further *in forma pauperis,* denied. *Otha Davis, pro se. Messrs. Walter R. Johnson,* Attorney General of Nebraska, *H. Emerson Kokjer,* and *Charles F. Bongardt,* Assistant Attorneys General, for respondent.

No. 353. JOHNSON *v.* SANFORD, WARDEN. October 21, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Charlie W. Johnson, pro se.*

No. 366. CARPENTER *v.* HUDSPETH, WARDEN. October 21, 1940. Petition for writ of certiorari to the Circuit